FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| ROBERT ALLEN HARDEN,<br><br>　　　　Petitioner,<br><br>v.<br><br>ROBERT HERNANDEZ, Warden,<br><br>　　　　Respondent. | No. EDCV 07-990-FMC (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed without prejudice.

DATED: Jan 3, 2008

_____
FLORENCE-MARIE COOPER
UNITED STATES DISTRICT JUDGE